IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JAN 30 2020
CLERK, U.S. DISTRICT COURT
By_____
Deputy

| | | |
|---|---|---|
| CHRISTIAN GARCIA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:19-CV-988-A |
| | § | |
| VICKERY CAFÉ INC., ET AL., | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

In accordance with the telephone conference held this date,

The court ORDERS, ADJUDGES, and DECREES that all claims and causes of action brought by plaintiff, Christian Garcia, against defendants, Vickery Café Inc. and Jeffery Richard Treadwell, in the above-captioned action be, and are hereby, dismissed with prejudice.

The court further ORDERS, ADJUDGES, and DECREES that each party to this action is to bear the attorney's fees and costs of court incurred by such party.

SIGNED January 30, 2020.

_____
JOHN McBRYDE
United States District Judge